**98–1694. Pace v. Granecki.**

Wood App. No. WD–97–053. Reported at 84 Ohio St.3d 1412, 701 N.E.2d 1021. On motion for reconsideration. Motion denied.

Douglas, J., dissents.

Resnick, J., not participating.